UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUHARREM BALKANLI,

                Plaintiff,

-against-

WRONGDOERS, RESPONDENTS, DEFENDANTS,

                Defendants.

21-CV-6286 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated July 26, 2021, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP") or pay the $402.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint.

      On August 9, 2021, Plaintiff filed a three-page letter with 213 pages of attachments, acknowledging receipt of the Court's July 26, 2021 order. (ECF No. 3.) Plaintiff included in the attachments a blank, two-page IFP application on which he placed a "X" on each page and wrote "Fiat System Void" across each page. (*Id.* at 10-11.) But Plaintiff has not filed a completed IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: September 14, 2021
       New York, New York

                                         /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge