UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUHARREM BALKANLI,

                Plaintiff,

      -against-

WRONGDOERS, RESPONDENTS, DEFENDANTS,

                Defendants.

21-CV-6286 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued September 14, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    September 14, 2021
             New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge